IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON


Taylor Helmer

           Plaintiff,                 Civil No. 07-510MO

     v.                             ORDER OF DISMISSAL

United Parcel Service, Inc.

           Defendant.


The Court having been informed by counsel for the parties that this action has been settled,

IT IS ORDERED that this action is dismissed with prejudice and without costs and with leave, upon good cause shown within 60 days, to have this order of dismissal set aside and the action reinstated if the settlement is not consummated. Order STRIKING Pretrial Conference is set for 11/24/2008 at 02:00PM, and the 4-day Jury Trial is set for 12/2/2008 at 09:00 AM in Portland before Judge Michael W. Mosman.

Dated this 20th day of November, 2008.

                                                SHERYL MCCONNELL, CLERK
                                                U.S. DISTRICT COURT,
                                                DISTRICT OF OREGON

                                                /s/ Dawn L Stephens
                                                By: Dawn L. Stephens, Deputy Clerk

Page 1 - ORDER OF DISMISSAL